No. **CR - 08  00374 JF  RS**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

E-FILING

FILED
2008 JUN -4 P 1:37
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

### THE UNITED STATES OF AMERICA
*vs.*

### VICTOR ARIAS-CONTRERAS

## INDICTMENT

**COUNT ONE**: 8 U.S.C. Section 1326 - Illegal Re-Entry Following Deportation

*A true bill.*

_____
*Foreperson*

*Filed in open court this* 4 *day of* June

*A.D. 2008*

_____
UNITED STATES MAGISTRATE JUDGE

*Bail.* $ No Bail Warrant



DOCUMENT NO.
GSA's INITIALS
DISTRICT COURT
CRIMINAL CASE PROCESSING

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
## VENUE: SAN JOSE

**FILED**

2008 JUN -4  P 1: 38

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA,

V.

E-FILING

DEFENDANT.

---

## INDICTMENT

# CR - 08   00374    JF

RS

---

A true bill.

_____
                        Foreman

Filed in open court this ___4___ day of June
                              2008

_____
                        Clerk

Bail, $ _____

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

2008 JUN -4  P 1:37

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CR-08 00374 |
|---|---|
| Plaintiff, | ) |
| | ) VIOLATION: 8 U.S.C. § 1326 – |
| v. | ) Illegal Re-Entry Following Deportation |
| VICTOR ARIAS CONTRERAS, | ) |
| | ) |
| Defendant. | ) SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

On or about May 24, 2007, the defendant

VICTOR ARIAS CONTRERAS,

an alien, previously having been arrested and deported from the United States on or about December 13, 2000 and February 19, 2004 was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having

//

//

//

INDICTMENT

1 | expressly consented to a re-application by the defendant for admission into the United States, in
2 | violation of Title 8, United States Code, Section 1326.

DATED: 6/4/08                               A TRUE BILL.

*[signature]*
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*
DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: *[signature]* )
AUSA JEFFREY B. SCHENK

INDICTMENT

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

COUNT ONE: 8 U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

*E-FILING*

**DEFENDANT - U.S.**

FILED
2008 JUN -4 P 1:38
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

► VICTOR ARIAS-CONTRERAS

**DISTRICT COURT NUMBER**

CR-08 00374 JF
RS

## PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any)**
S/A TIMOTHY F. PURDY - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

**SHOW DOCKET NO.**

**MAGISTRATE CASE NO.**
07-70444 RS

**Name and Office of Person Furnishing Information on THIS FORM**
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)** JEFFREY B. SCHENK

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge
5) ☑ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

**DATE OF ARREST** ► Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: